DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Schiller, Knapp, Lefkowitz & Hertzel, LLP
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(551) 280-9780
Richard A. Gerbino Esq. (ID #057351993)
Attorneys for Creditor Nationstar Mortgage, LLC
d/b/a Mr. Cooper

| | |
|---|---|
| In Re: | Case No.: 19-21668-MBK |
| TONYA D. BUTLER, | Judge: Hon. Michael B. Kaplan |
| Debtor. | Chapter: 13 |

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

Nationstar Mortgage, LLC d/b/a Mr. Cooper, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:      June 27, 2022
            Warren, NJ

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Richard A. Gerbino*
　　　　　　　　　　　　　　　　　　　　　　　Richard A. Gerbino, Esq. (057351993)
　　　　　　　　　　　　　　　　　　　　　　　Schiller, Knapp, Lefkowitz & Hertzel, LLP
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Nationstar Mortgage, LLC d/b/a Mr. Cooper
　　　　　　　　　　　　　　　　　　　　　　　Office and P.O. Address
　　　　　　　　　　　　　　　　　　　　　　　95 Mount Bethel Road, Suite 3
　　　　　　　　　　　　　　　　　　　　　　　Warren, NJ 07059
　　　　　　　　　　　　　　　　　　　　　　　Phone: (551) 280-9780
　　　　　　　　　　　　　　　　　　　　　　　E-Mail: rgerbino@schillerknapp.com

| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(551) 280-9780<br>Richard A. Gerbino Esq. (ID #057351993)<br>Attorneys for Creditor Nationstar Mortgage, LLC<br>d/b/a Mr. Cooper<br><br>In Re:<br>TONYA D. BUTLER,<br>                Debtor. | Case No.: 19-21668-MBK<br><br>Judge:  Hon. Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATE OF SERVICE

      I, A. Christine Sano, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on June 27, 2022 and served same as indicated below.

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Office of the United States Trustee
1 Newark Center
Suite 2100
Newark, NJ 07102-0000

Kevin C. Fayette, Esq.
Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, NJ 08619

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

                                                        */s/ A. Christine Sano*
                                                        A. Christine Sano