UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Tonya D. Butler

Debtor(s)

Case No.: 19-21668 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1.  I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On 9/29/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3.  I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  9/29/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Tonya D. Butler<br>629 Woodland Street<br>Trenton, NJ   08610 | Debtor(s) | Regular Mail |
| Kevin C. Fayette, Esq<br>Ste 204<br>1675 Whitehorse Mercerville Rd<br>Hamilton,  NJ   08619 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |