Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−21668−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya D. Butler
   629 Woodland Street
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−3330

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 17, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-21668-MBK
Tonya D. Butler                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                              Page 1 of 4
Date Rcvd: Oct 17, 2022               Form ID: 148                             Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya D. Butler, 629 Woodland Street, Trenton, NJ 08610-6152 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518295954 | | Bayview Loan Servicing, LLC., P.O. Box 650091, Dallas, TX 75265-0091 |
| 518295955 | | Capital Health-Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 518295967 | + | Credit Union of New Jersey, PO BOX 37603, Philadelphia, PA 19101-0603 |
| 518363476 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518295979 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201-2307 |
| 518417932 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518295980 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518295982 | | Trenton Anesthesiology, PO Box 15321, Newark, NJ 07192-5321 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518295952 | | Email/Text: bkrpt@retrievalmasters.com | Oct 17 2022 20:52:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 518295951 | ^ | MEBN | Oct 17 2022 21:06:38 | Advanced Call Center Technologies, LLC., P.O. Box 9091, Gray, TN 37615-9091 |
| 518295953 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2022 21:00:18 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518418794 | + | EDI: LCIBAYLN | Oct 18 2022 00:43:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518323661 | | Email/Text: bankruptcy@cunj.org | Oct 17 2022 20:52:00 | Credit Union of New Jersey, Attn: Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |
| 518295966 | | Email/Text: bankruptcy@cunj.org | Oct 17 2022 20:52:00 | Credit Union of New Jersey, PO Box 7921, Trenton, NJ 08628 |
| 518295956 | | EDI: CAPITALONE.COM | Oct 18 2022 00:43:00 | Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 518398251 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2022 21:00:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-21668-MBK    Doc 45    Filed 10/19/22    Entered 10/20/22 00:13:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: 148 | Total Noticed: 58 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 518302007 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2022 20:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518295958 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-Ashley Stewart, P.O. Box 659705, San Antonio, TX 78265-9705 |
| 518295959 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518295960 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-Lane Bryant Retail, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518295961 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-My Place Rewards Credit Card, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 518295962 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-Pier 1 Imports, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 518295963 | | EDI: WFNNB.COM | Oct 18 2022 00:43:00 | Comenity-Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518988410 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2022 20:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518988409 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2022 20:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518295964 | + | EDI: CONVERGENT.COM | Oct 18 2022 00:43:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 518295965 | + | EDI: CCS.COM | Oct 18 2022 00:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518295968 | ^ | MEBN | Oct 17 2022 21:06:38 | D&A Services, 1400 E. Touhy Avenue, STE G2, Des Plaines, IL 60018-3338 |
| 518295969 | + | EDI: DISCOVER.COM | Oct 18 2022 00:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518306558 | | EDI: DISCOVER.COM | Oct 18 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518309139 | | EDI: IRS.COM | Oct 18 2022 00:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518295957 | | EDI: JPMORGANCHASE | Oct 18 2022 00:43:00 | Chase Bank, POB 15298, Wilmington, DE 19850 |
| 518295971 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2022 20:51:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518295972 | | EDI: RMSC.COM | Oct 18 2022 00:43:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519707108 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2022 20:51:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519707109 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2022 20:51:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 518295973 | + | EDI: NAVIENTFKASMSERV.COM | Oct 18 2022 00:43:00 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 518415576 | | EDI: NAVIENTFKASMDOE.COM | Oct 18 2022 00:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518295975 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 518417725 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/O |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518398698 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518399632 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518417562 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518417702 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518417678 | | EDI: PRA.COM | Oct 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518364575 | + | Email/Text: bankruptcy@pseg.com | Oct 17 2022 20:51:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford, NJ 07016-0490 |
| 518295976 | ^ | MEBN | Oct 17 2022 21:06:38 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518295974 | + | Email/Text: fggbanko@fgny.com | Oct 17 2022 20:51:00 | Portfolio Recovery Assoc, LLC Assignee, of Capital One Bank (USA) NA, C/O Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518295977 | ^ | MEBN | Oct 17 2022 21:06:39 | Quality Asset Recovery, LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 518403750 | | EDI: Q3G.COM | Oct 18 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518403726 | | EDI: Q3G.COM | Oct 18 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518295981 | | EDI: RMSC.COM | Oct 18 2022 00:43:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518298072 | + | EDI: RMSC.COM | Oct 18 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518401398 | + | EDI: AIS.COM | Oct 18 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518295970 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 518295978 | ##+ | Schiller,Knapp,Lefkowitz & Hertzel, LLP., 950 New Loudon, Suite 109, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 17, 2022 | Form ID: 148 | Total Noticed: 58

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin C. Fayette | on behalf of Debtor Tonya D. Butler kfayette@kevinfayette.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| Richard Gerbino | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor NATIONSTAR MORTGAGE LLC rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Bayview Loan Servicing  LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11