Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−21668−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tonya D. Butler
  629 Woodland Street
  Trenton, NJ 08610

Social Security No.:
  xxx−xx−3330

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/24/23 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Richard Gerbino on behalf of NATIONSTAR MORTGAGE LLC. Objection deadline is 05/4/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gerbino, Richard)


Dated: 5/3/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court