**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tonya D. Butler

| | |
|---|---|
| Case No.: | 19-21668 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 10, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____April 20_____, 20 23 by ___Richard Gerbino_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21668-MBK |
| Tonya D. Butler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

**Recip ID        Recipient Name and Address**
db           + Tonya D. Butler, 629 Woodland Street, Trenton, NJ 08610-6152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

**Name                    Email Address**

Albert Russo
                docs@russotrustee.com

Denise E. Carlon
                on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joseph Gunnar Devine, Jr
                on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com,
                kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Joseph Gunnar Devine, Jr
                on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC jdevine@tmppllc.com,
                kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin C. Fayette
                on behalf of Debtor Tonya D. Butler kfayette@kevinfayette.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Michael R. DuPont
    on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

Richard Gerbino
    on behalf of Creditor NATIONSTAR MORTGAGE LLC rgerbino@schillerknapp.com
    lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rgerbino@schillerknapp.com
    lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino
    on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com,
    lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor Bayview Loan Servicing  LLC richard.tracy.iii@gmail.com,
    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11