| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jessica Ann Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>100 West Cypress Creek Rd., Suite 700<br>Fort Lauderdale, FL  33309<br>TEL. (888)491-1120<br>FAX (954) 3436982<br>bankruptcy@gmlaw.com<br><br>Attorney for Nationstar Mortgage LLC | |
| In Re:<br><br>Tonya D. Butler,<br><br>Debtor. | Case No.:    19-21668-MBK<br><br>Chapter:    13<br><br>Judge:    Michael B. Kaplan |

### REQUEST OF NATIONSTAR MORTGAGE LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P.2002(g)

Jessica Ann Berry, Esq., of Greenspoon Marder LLP, hereby appears as attorney of record for Nationstar Mortgage LLC, in connection with the above captioned proceeding, and requests that the Clerk, pursuant to Federal R. Bank. P. 2002(g), add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

    Greenspoon Marder LLP
    100 West Cypress Creek Rd., Suite 700
    Fort Lauderdale, FL  33309
    Email address: bankruptcy@gmlaw.com

I HEREBY CERTIFY that on this 18th day of September 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

By: /s/ Jessica Ann Berry
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

*Debtor*
**Tonya D. Butler**
629 Woodland Street
Trenton, NJ 08610

*Attorney for Debtor*
**Kevin C. Fayette**
Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, NJ 08619

*Trustee*
**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102