Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−21668−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya D. Butler
   629 Woodland Street
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−3330

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/8/23 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Jessica Ann Berry on behalf of NATIONSTAR MORTGAGE LLC. Objection deadline is 10/6/2023. (Berry, Jessica)


Dated: 10/5/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court