Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−21668−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya D. Butler
   629 Woodland Street
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−3330

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/13/23 at 09:00 AM

to consider and act upon the following:

*63* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/22/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/22/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court