UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on December 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Tonya D. Butler

Debtor(s)

Case No.: 19-21668 / MBK

Hearing Date: 12/13/2023

Judge: Michael B. Kaplan

Chapter:  13

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: December 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $36,229.00 paid to date

- Debtor(s) shall remit $929.00 per month to the Trustee for 6 months beginning 1/1/2024

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21668-MBK |
| Tonya D. Butler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

**Recip ID        Recipient Name and Address**
db           +  Tonya D. Butler, 629 Woodland Street, Trenton, NJ 08610-6152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
                         docs@russotrustee.com

Denise E. Carlon
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jessica Ann Berry
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC bankruptcy@gmlaw.com

Joseph Gunnar Devine, Jr
                         on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com, ecf@tmppllc.com

Joseph Gunnar Devine, Jr
                         on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC jdevine@tmppllc.com, ecf@tmppllc.com

Kevin C. Fayette

on behalf of Debtor Tonya D. Butler kfayette@kevinfayette.com

Michael R. DuPont

on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

Richard Gerbino

on behalf of Creditor NATIONSTAR MORTGAGE LLC rgerbino@schillerknapp.com
lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rgerbino@schillerknapp.com
lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino

on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com,
lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor Bayview Loan Servicing  LLC richard.tracy.iii@gmail.com,
tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12