UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL 33309
TEL. (888)491-1120
FAX (954) 3436982
bankruptcy@gmlaw.com

Attorney for Nationstar Mortgage LLC

In Re:

Tonya D. Butler,

Debtor.

Case No.: 19-21668-MBK
Chapter: 13
Hearing Date: October 9, 2024
Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Creditor's Certification of Default [DE 59] filed on September 22, 2023.

Date: October 8, 2024            /s/ Jessica Ann Berry
                                 Signature

*rev.8/1/15*