**Fill in this information to identify the case:**

Debtor 1  Tonya D. Butler

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of New Jersey
                                                        (State)

Case number  19-21668-MEH

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): Trustee's Claim # 26**

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 0 4

**Property address:** 629 Woodland Street
Number    Street

Trenton          NJ       08610
City             State    ZIP Code

** See Order Resolving Motion for Relief from Stay [DE 34] entered on 02/23/2022 and Notice of Final Cure Payment [DE 77].

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                             MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                          (a) $   841.79

b. Total fees, charges, expenses, escrow, and costs outstanding:                   + (b) $   900.00
   **See Notice of Postpetition Mortgage Fees, Expenses, and Charges attached hereto**

c. **Total**. Add lines a and b.                                                     (c) $ 1,741.79

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   10 / 01 / 2024
                                                                            MM / DD / YYYY

Form 4100R                     **Response to Notice of Final Cure Payment**                    page **1**

| Debtor 1 | Tonya D. Butler | Case number (*if known*) 19-21668-MEH |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jessica Ann Berry
Signature

Date  10 / 31 / 2024

Print   Jessica   Ann   Berry
        First Name   Middle Name   Last Name

Title   Attorney for Secured Creditor

Company   Greenspoon Marder LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   100 West Cypress Creek Rd., Suite 700
          Number           Street

          Fort Lauderdale           FL       33309
          City                      State    ZIP Code

Contact phone  ( 888 )  491 – 1120           Email  Bankruptcy@gmlaw.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jessica Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>Trade Centre South, Suite 700<br>100 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>TEL. (954) 491-1120<br>FAX (954) 343-6982<br>bankruptcy@gmlaw.com | Case No.: 19-21668-MEH<br><br>Chapter: 13 |
| In Re:<br><br>Tonya D. Butler,<br><br>Debtor. | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: Mark Edward Hall |

## CERTIFICATION OF SERVICE

1. I, __Michelle Torres__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Greenspoon Marder LLP__, who represents __Nationstar Mortgage LLC__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 31, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Response to Notice of Final Cure Payment

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 31, 2024__                    /s/ Michelle Torres
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tonya D. Butler<br>629 Woodland Street<br>Trenton, NJ 08610 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin C. Fayette<br>Law Offices of Kevin Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |