| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853<br>609-587-6888 |
| In re:<br><br>Tonya D. Butler<br><br>                              Debtor |

Case No.: 19-21668 / MEH

Chapter:  13

Judge: Mark Edward Hall

# NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $9.00, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Tonya D. Butler - Debtor Refund<br>629 Woodland Street<br>Trenton, NJ  08610 | $9.00 |

DATED: 3/6/2025

/s/  Albert Russo
Albert Russo
Standing Chapter 13 Trustee

1921668    0