Certificate Number: 17572-NJ-DE-039464635

Bankruptcy Case Number: 19-21668



17572-NJ-DE-039464635

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2025, at 12:40 o'clock PM PDT, Tonya D BUTLER completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 20, 2025             By:   /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:  Counselor