**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tonya D. Butler<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx−xx−3330<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19−21668−MEH | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tonya D. Butler

3/25/25

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21668-MEH |
| Tonya D. Butler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 25, 2025 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya D. Butler, 629 Woodland Street, Trenton, NJ 08610-6152 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518295952 | | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 518295954 | | Bayview Loan Servicing, LLC., P.O. Box 650091, Dallas, TX 75265-0091 |
| 518295955 | | Capital Health-Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 518295958 | | Comenity-Ashley Stewart, P.O. Box 659705, San Antonio, TX 78265-9705 |
| 518295961 | | Comenity-My Place Rewards Credit Card, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 518295967 | + | Credit Union of New Jersey, PO BOX 37603, Philadelphia, PA 19101-0603 |
| 518295971 | | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518295974 | + | Portfolio Recovery Assoc, LLC Assignee, of Capital One Bank (USA) NA, C/O Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518295978 | + | Schiller,Knapp,Lefkowitz & Hertzel, LLP., 950 New Loudon, Suite 109, Latham, NY 12110-2190 |
| 518295979 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201-2307 |
| 518295982 | | Trenton Anesthesiology, PO Box 15321, Newark, NJ 07192-5321 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518295951 | ^ | MEBN | Mar 25 2025 20:48:14 | Advanced Call Center Technologies, LLC., P.O. Box 9091, Gray, TN 37615-9091 |
| 518295953 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2025 21:05:20 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518418794 | + | EDI: LCIBAYLN | Mar 26 2025 00:41:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 518323661 | | Email/Text: bankruptcy@cunj.org | Mar 25 2025 20:50:00 | Credit Union of New Jersey, Attn: Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |
| 518295966 | | Email/Text: bankruptcy@cunj.org | Mar 25 2025 20:50:00 | Credit Union of New Jersey, PO Box 7921, Trenton, NJ 08628 |
| 518295956 | | EDI: CAPITALONE.COM | Mar 26 2025 00:41:00 | Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 518398251 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2025 21:06:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518302007 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 25 2025 20:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518295957 | + | EDI: JPMORGANCHASE | Mar 26 2025 00:40:00 | Chase Bank, POB 15298, Wilmington, DE 19850-5298 |
| 518295959 | | EDI: WFNNB.COM | Mar 26 2025 00:41:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518295960 | | EDI: WFNNB.COM | Mar 26 2025 00:41:00 | Comenity-Lane Bryant Retail, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518295962 | | EDI: WFNNB.COM | Mar 26 2025 00:41:00 | Comenity-Pier 1 Imports, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 518295963 | | EDI: WFNNB.COM | Mar 26 2025 00:41:00 | Comenity-Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518988410 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518988409 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518295964 | + | EDI: CONVERGENT.COM | Mar 26 2025 00:41:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 518295965 | + | EDI: CCS.COM | Mar 26 2025 00:41:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518295968 | ^ | MEBN | Mar 25 2025 20:48:17 | D&A Services, 1400 E. Touhy Avenue, STE G2, Des Plaines, IL 60018-3338 |
| 518295969 | + | EDI: DISCOVER | Mar 26 2025 00:41:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518306558 | | EDI: DISCOVER | Mar 26 2025 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518309139 | | EDI: IRS.COM | Mar 26 2025 00:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518295972 | | EDI: SYNC | Mar 26 2025 00:41:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519707108 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519707109 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 518295973 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 25 2025 21:05:45 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 518415576 | | EDI: MAXMSAIDV | Mar 26 2025 00:41:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518295975 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 518417725 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518398698 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518399632 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, c/o Lord And Taylor, POB 41067, Norfolk VA 23541 |
| 518417562 | | EDI: PRA.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: 3180W | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518417702 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518417678 | | EDI: PRA.COM | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518364575 | + | Email/Text: bankruptcy@pseg.com | Mar 26 2025 00:41:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518363476 | ^ | MEBN | Mar 25 2025 20:49:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford, NJ 07016-0490 |
| 518295976 | ^ | MEBN | Mar 25 2025 20:49:08 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518295977 | ^ | MEBN | Mar 25 2025 20:48:04 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518403750 | | EDI: Q3G.COM | Mar 25 2025 20:48:29 | Quality Asset Recovery, LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 518403726 | | EDI: Q3G.COM | Mar 26 2025 00:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520224072 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2025 00:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520556736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520224073 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Rushmore Servicing 75261-9096, Attn: Bankruptcy Department |
| 520556735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2025 20:49:00 | Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 518417932 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 25 2025 20:49:00 | Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 518295980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 25 2025 20:49:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518295981 | | EDI: SYNC | Mar 25 2025 20:49:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518298072 | ^ | MEBN | Mar 26 2025 00:41:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518401398 | + | EDI: AIS.COM | Mar 25 2025 20:49:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Mar 26 2025 00:41:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518295970 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 520576499 | *+ | Tonya D. Butler, 629 Woodland Street, Trenton, NJ 08610-6152 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor NATIONSTAR MORTGAGE LLC bankruptcy@gmlaw.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing LLC jdevine@gottliebandgreenspan.com, ecf@tmpllc.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC jdevine@gottliebandgreenspan.com, ecf@tmpllc.com |
| Kevin C. Fayette | on behalf of Debtor Tonya D. Butler kfayette@kevinfayette.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| Richard Gerbino | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor NATIONSTAR MORTGAGE LLC rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard Gerbino | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Bayview Loan Servicing LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13